# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

## CIVIL RIGHTS COMPLAINT FORM

Nathaniel A. Toler
# 200803588?

CASE NUMBER: 3:08-CV-995-J-20mcR
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Jacksonville Sheriff's Office
Department of Corrections

etc.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

Sergant Peoples # 7050
Sergant Hunt
Sergant Wollitz
Sezgant Robinson #5585
Sergant M.L. Clark
Lietenuant Owens
Officer Martin
Officer Bailey

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT:    Not Applicable
                    (Indicate the name and location)

II.  DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No ( )
                                    Not Applicable
     [If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)                    1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

      1.  Informal Grievance (Form DC3-005)
      2.  Formal Grievance (Form DC1-303)
      3.  Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1.  Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )  Not Applicable

    2.  If so, you must attach a copy of the grievance and response to this Complaint form.
                                   Not Applicable
    3.  Were you denied emergency status? Yes ( ) No ( )
                                     Not Applicable
      a.  If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )
                              Not Applicable
      b.  If so, you must attach copies of the grievance/appeals and responses to this Complaint form.
                        Not Applicable

B.    <u>Informal Grievance</u> (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( ) Not Applicable

2. If so, you must attach a copy of the grievance and response to this Complaint form.
Not Applicable

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( ) Not Applicable

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form. Not Applicable

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( ) Not Applicable

4. If so, you must attach a copy of the grievance and response to this Complaint form.
Not Applicable

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( ) Not Applicable

2. If so, you must attach a copy of the appeal and response to this Complaint form.
Not Applicable

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __15__ day of __October__, 2 __008__.

_Nathaniel A. Tolu_
Signature of Plaintiff

III.   DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (✓) No ( )

If your answer is YES, answer the following questions.

A.   Is there a grievance procedure at your institution or jail?  Yes (✓) No ( )

B.   Did you present the facts relating to your Complaint in the grievance procedure?  Yes (✓) No ( )

C.   If your answer is YES:

1.   What steps did you take?  ① SUBMITTED SEVERAL REQUESTS AND GRIEVANCES

② FACE-FACE REQUESTS WITH VARIOUS SERGANTS/ADMINISTRATORS FOR RESOLUTIONS AS WELL AS CLARIFICATION FOR NON-COMPLIANCE.

2.   What were the results?  _____

_____  " SEE ATTACHED DOCUMENTS" _____

3.   To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.   If your answer is NO, explain why not:  NOT APPLICABLE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this  15  day of  OCTOBER , 2 008 .

Nathaniel A. Toler
Signature of Plaintiff

IV.  PREVIOUS LAWSUITS:

A.  Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No ( )   NOT APPLICABLE

B.  Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No ( )   NOT APPLICABLE

C.  If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.  Parties to previous lawsuit:

Plaintiff(s): ___ NOT APPLICABLE ___

Defendant(s): ___ NOT APPLICABLE ___

2.  Court (if federal court, name the district; if state court, name the county):

___ NOT APPLICABLE ___

3.  Docket Number: ___ NOT APPLICABLE ___

4.  Name of judge: ___ NOT APPLICABLE ___

5.  Briefly describe the facts and basis of the lawsuit: ___ NOT APPLICABLE ___

6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

___ NOT APPLICABLE ___

7.  Approximate filing date: ___ NOT APPLICABLE ___

8.  Approximate disposition date: ___ NOT APPLICABLE ___

D.  Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

V. **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: NATHANIEL A. TOLER *2008035882

Mailing address: PRE-TRIAL DETENTION FACILITY, 500 EAST ADAMS STREET, JACKSONVILLE, FLORIDA 32202

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: JACKSONVILLE SHERIFF'S OFFICE DEPARTMENT OF CORRECTIONS

Mailing Address: _____

500 EAST ADAMS STREET, JACKSONVILLE, FLORIDA 32202

Position: _____

Employed at: PRE-TRIAL DETENTION FACILITY

D. Defendant: SERGANT PEOPLES #7050

Mailing Address: 500 EAST ADAMS STREET

JACKSONVILLE, FLORIDA 32202

Position: CORRECTIONAL SERGANT

Employed at: PRE-TRIAL DETENTION FACILITY

E. Defendant: SERGANT HUNT

Mailing Address: 500 EAST ADAMS STREET

JACKSONVILLE, FLORIDA 32202

Position: CORRECTIONAL SERGANT

Employed at: PRE-TRIAL DETENTION FACILITY

F. Defendant: SERGANT WOLLITZ

Mailing Address: 500 EAST ADAMS STREET

JACKSONVILLE, FLORIDA 32202

Position: CORRECTIONAL SERGANT

Employed at: PRE-TRIAL DETENTION FACILITY

G. Defendant: SERGANT ROBINSON #5585

Mailing Address: 500 EAST ADAMS STREET

JACKSONVILLE, FLORIDA 32202

Position: CORRECTIONAL SERGANT

Employed at: PRE-TRIAL DETENTION FACILITY

VI.   **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

_____

_____

_____ "SEE ATTACHED DOCUMENTS" _____

_____

_____

_____

VII.  **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

_____

_____ "SEE ATTACHED DOCUMENTS" _____

_____

_____

_____

_____

_____

_____

_____

Statement of Facts, continued:

"SEE ATTACHED DOCUMENTS"

VIII.   RELIEF REQUESTED:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

"SEE ATTACHED DOCUMENTS"

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this ___15___ day of __OCTOBER_____ , 2 _008_ .

Nathaniel A. Tole

(Signatures of all Plaintiffs)

# Civil Rights Complaint Form

## Continuation of Defendants - Pg. 1

V.

Officer Matthews

Officer Mendel

Officer Santos

Officer Seltzer

Officer Weatherbee

Unknown Name- Correctional Mail Officer (Female) Floors 1-5 West

Unknown Name- Lietenant of Administrative Services

III DOES YOUR COMPLAINT CONCERN EVENTS IN A
COUNTY JAIL OR LOCAL FACILITY?

SECTION C

2. THE RESULTS WERE:

A. REQUESTS AND GRIEVANCES WERE THROWN IN
TRASH/IGNORED;

B. OFFICERS/SERGANTS/DETENTION FACILITY ADMINISTRATION
FAILED TO RESPOND IN A TIMELY MANNER;

C. DELIBERATELY CHOOSE NOT TO ACKNOWLEDGE/RESPOND/
NOR DOCUMENT RECEIPT OF GRIEVANCES;

D. FAILURE TO RETURN ANY REQUESTS/GRIEVANCES
CONCERNING QUESTIONS - DEPARTMENTAL POLICY, PROCEDURE,
OR ANY SERVICE OF THE JACKSONVILLE DEPARTMENT OF
CORRECTIONS;

E. VERBAL THREATS OF PUNISHMENT/INTIMIDATION,
INCLUDING BUT NOT LIMITED TO: CORPORAL PUNISHMENT,
DISCIPLINARY CHARGES AND/OR SOLITARY CONFINEMENT.

## V. PARTIES

CONTINUATION OF DEFENDANTS - Pg. 7

H. DEFENDANT: SERGANT M. L. CLARK
MAILING ADDRESS: 500 EAST ADAMS STREET
JACKSONVILLE, FLORIDA 32202
POSITION: CORRECTIONAL SERGANT
EMPLOYED AT: PRE-TRIAL DETENTION FACILITY

I. DEFENDANT: LIETENUANT OWENS
MAILING ADDRESS: 500 EAST ADAMS STREET
JACKSONVILLE, FLORIDA 32202
POSITION: CORRECTIONAL LIETENUANT
EMPLOYED AT: PRE-TRIAL DETENTION FACILITY

J. DEFENDANT: OFFICER MARTIN
MAILING ADDRESS: 500 EAST ADAMS STREET
JACKSONVILLE, FLORIDA 32202
POSITION: CORRECTIONAL OFFICER
EMPLOYED AT: PRE-TRIAL DETENTION FACILITY

K. DEFENDANT: OFFICER BAILEY
MAILING ADDRESS: 500 EAST ADAMS STREET
JACKSONVILLE, FLORIDA 32202
POSITION: CORRECTIONAL OFFICER
EMPLOYED AT: PRE-TRIAL DETENTION FACILITY

# VII STATEMENT OF FACTS - Pg. 8
## CONTINUED

OFFICER BAILY, OFFICER SELTER- OFFICER WEATHEREEE
9/27/08 - PRE-TRIAL DETENTION FACILITY 5W2
+ CONTINUOUSLY EXHIBITED BEHAVIOR UNAPPROPRIATE/
UNETHICAL OF AN CORRECTIONAL OFFICER INCLUDING BUT NOT
LIMITED TO: VERBAL ABUSE AND THREATS, PROFANITY,
CORPORAL PUNISHMENT (EARLY LOCKDOWNS AND ETC.), DENIED
ACCESS TO CLEANING SUPPLIES, THREATS TO DENY RECREATION
FOR ENTIRE DORM IF ONE PERSON TALKED. NUMEROUS
INMATES FILED GRIEVANCES AND REQUESTED AN "COMPLAINT
AGAINST AN EMPLOYEE FORMS."
- 9/28/08 - AN UNKNOWN 1ST SHIFT SERGANT IN RETALIATION
TO THE GRIEVANCE FILED AND REQUEST FOR AN COMPLAINT
AGAINST AN EMPLOYEE FORMS RELOCATED ME TO 4W4.
INJURY: CORPORAL PUNISHMENT, INTIMIDATION, MENTAL
        ANGUISH, FINANCIAL HARDSHIP, SYSTEMATIC RESTRAINTS,
        AND ETC.

LIETENUANT OWENS AND OFFICER FISKETTE 9/26/08
PRE-TRIAL DETENTION FACILITY
- SENT 3RD REQUEST FOR NOTARY SERVICES AND LEGAL COPIES MADE NO RESPONSE
- SENT REQUEST FOR ADDITIONAL INFORMATION ON NEW CITY OF
JACKSONVILLE AND JACKSONVILLE SHERIFF'S DEPARTMENT OF CORRECTIONS NEW
FEES FOR INMATES. RECEIVED A PHOTO COPY OF ORIGINAL PHOTO COPIED
SHEET ALREADY POSTED.
INJURY: MENTAL ANGUISH, SYSTEMATIC RESTRAINTS, FINANCIAL HARDSHIPS,
FAILURE TO COMPLY WITH GRANDFATHERED LAWS.

## V. PARTIES

CONTINUATION OF DEFENDANTS - Pg. 7

L. DEFENDANT: OFFICER MATTHEWS
   MAILING ADDRESS: 500 EAST ADAMS STREET
   JACKSONVILLE FLORIDA 32202
   POSITION: CORRECTIONAL OFFICER
   EMPLOYED AT: PRE-TRIAL DETENTION FACILITY

M. DEFENDANT: OFFICER MENDEL
   MAILING ADDRESS: 500 EAST ADAMS STREET
   JACKSONVILLE FLORIDA 32202
   POSITION: CORRECTIONAL OFFICER
   EMPLOYED AT: PRE-TRIAL DETENTION FACILITY

N. DEFENDANT: OFFICER SANTOS
   MAILING ADDRESS: 500 EAST ADAMS STREET
   JACKSONVILLE FLORIDA 32202
   POSITION: CORRECTIONAL OFFICER
   EMPLOYED AT: PRE-TRIAL DETENTION FACILITY

O. DEFENDANT: OFFICER SELLER
   MAILING ADDRESS: 500 EAST ADAMS STREET
   JACKSONVILLE FLORIDA 32202
   POSITION: CORRECTIONAL OFFICER
   EMPLOYED AT: PRE-TRIAL DETENTION FACILITY

# V. PARTIES

CONTINUATION OF DEFENDANTS - Pg. 7

P. DEFENDANT       OFFICER WEATHERBEE
   MAILING ADDRESS:    500 EAST ADAMS STREET
                       JACKSONVILLE FLORIDA 32202
     POSITION:           CORRECTIONAL OFFICER
     EMPLOYED AT:       PRE-TRIAL DETENTION FACILITY

Q. DEFENDANT       UNKNOWN NAME
   MAILING ADDRESS:    500 EAST ADAMS STREET
                       JACKSONVILLE, FLORIDA 32202
     POSITION:           CORRECTIONAL MAIL OFFICER (FEMALE)
                       FLOORS 1-5 WEST
     EMPLOYED AT:       PRE-TRIAL DETENTION FACILITY

R. DEFENDANT       UNKNOWN NAME
   MAILING ADDRESS:    500 EAST ADAMS STREET
                       JACKSONVILLE FLORIDA 32202
     POSITION:           LIEUTENANT OF ADMINISTRATIVE
                       SERVICES
     EMPLOYED AT:       PRE-TRIAL DETENTION FACILITY

The Jacksonville Sheriff's Office, Department of Corrections and its Employees, did knowly and unknowly, violate the rights of Nathaniel A. Toler, as well as others by:

- Failure to ensure the autonomy and confidentiality of all submitted Requests/Grievances on Form P-0356 Rev. 08-2007.

- Failure to resolve all Requests/Grievances pursuant to the Prison Litigation Reform Act, or 1995 Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Person Act.

- Failure to maintain adequate records of receipt and/or response/resolutions of Requests/Grievances.

- Failure to provide services and/or investigate properly grievances concerning departmental policy, procedure or any service of Jacksonville Department of Corrections.

- Failure to ensure personal safety and welfare of any individual upon submitance of a Request/Grievances/Request for a Complaint Against an Employee form, including but not limited to: verbal abuse and threats, mental anguish and any additional systematic forms of punishment such as solitary confinement and/or loss of privileges.

THESE VIOLATE RIGHTS PROTECTED UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, UNITED STATES
CONSTITUTION AND BILL OF RIGHTS UNDER THE
FOLLOWING:

1ST AMENDMENT - FREEDOM OF SPEECH
4TH AMENDMENT
5TH AMENDMENT - DUE PROCESS
6TH AMENDMENT - MOTIVE TO SHOW BIAS/LIE
8TH AMENDMENT - CRUEL AND USUAL PUNISHMENT
14TH AMENDMENT - RESTRAINTS ON GOVERNMENTAL
POWER OVER CITIZENS

ALSO, VIOLATES ALL FEDERAL, STATE AND MUNICIPAL
LAWS PERTAINING TO CORRECTIONS.

SERGANT HUNT - 8/20/08 - PRE-TRIAL DETENTION FACILITY 5W2
- SUBMITTED A GRIEVANCE DIRECTLY TO Sgt. HUNT ABOUT THE
FAILURE OF CORRECTIONAL OFFICERS TO ADDRESS REQUESTS OR
GRIEVANCES NOR RETURN THEM WITH A WRITTEN RESPONSE
INJURY: MENTAL ANGUISH AND FINANCIAL HARDSHIP

SERGANT PEOPLES - 8/28/08 - PRE-TRIAL DETENTION FACILITY ADMINISTRATIVE
OFFICES
- DENIED MY REQUESTS AND/OR GRIEVANCE ABOUT OBTAINING
TELEPHONE NUMBERS FROM MY MOBILE PHONE IN THE PROPERTY
ROOM. "STATED Sgt. HUNT, SAID NUMEROUS INMATES PREVIOUSLY
HAVE BEEN CALLED TO THE PROPERTY ROOM TO RETRIEVE
TELEPHONE NUMBERS." Sgt. PEOPLES SAID, "THIS WAS
AGAINST POLICY AND STATED EVEN WITH A COURT ORDER
IT WOULD NOT BE ALLOWED."
INJURY: INTERFERENCE TO DEVELOP AN ADEQUATE DEFENSE,
        MENTAL ANGUISH AND FINANCIAL HARDSHIP

SERGANT HUNT - 8/29/08 - PRE-TRIAL DETENTION FACILITY 5W2
- VERBALLY GAVE THE CHAIN OF COMMAND TO APPEAL GRIEVANCES,
WHICH IS NOT PRINTED ON THE BACK OF THE FORMS PER Pg 5
OF THE JACKSONVILLE SHERIFF'S OFFICE INMATE ORIENTATION
HANDBOOK
INJURY: WITHHOLDING INFORMATION/DENYING ACCESS TO
        THE APPEALATE PROCESS, MENTAL ANGUISH AND
        FINANCIAL HARDSHIP

UNKNOWN NAME - CORRECTIONAL MAIL OFFICER (FEMALE/MS. BEE)
9/3/08 - PRE-TRIAL DETENTION FACILITY 5W2
- REFUSED TO DISTRIBUTE MY U.S. MAIL; APPEALED TO
SHIFT OFFICER (UNKNOWN NAME) IN CONTROL BOOTH WHO
STATES, "EVEN THOUGH SHE WAS INCORRECT, I MUST SIDE
WITH THE OFFICER." REQUESTED AN "COMPLAINT AGAINST
AN EMPLOYEE FORM" AND/OR GRIEVANCE FORM - BOTH
WERE DENIED.
INJURY: MENTAL ANGUISH AND FINANCIAL HARDSHIP

UNKNOWN NAME - LIETENVANT OF ADMINISTRATIVE SERVICES - 9/08
PRE-TRIAL DETENTION FACILITY ADMINISTRATIVE OFFICES
- MS. ANTIONETTE HARRIS ON MY BEHALF SPOKE WITH THIS
LIETENVANT REGARDING THE INCIDENT ABOUT MY U.S. MAIL.
CONSEQUENTLY, REASSURANCES WERE GIVEN THAT NO
FURTHER INCIDENTS WOULD OCCUR. SINCE, THEN MY MAIL
HAS BEEN CUT IN HALF, RETURNED ADDRESSES LEFT ON
SALLY PORT FLOOR, AND ETC.
INJURY: DESTRUCTION AND/OR INTERFERENCE WITH U.S. MAIL.
MENTAL ANGUISH AND FINANCIAL HARDSHIP.

## VII STATEMENT OF FACTS - Pg. 8
### CONTINUED

LIEUTENANT OWENS AND SERGEANT PEOPLES · 9/9/08
PRE-TRIAL DETENTION FACILITY SW2/ ADMINISTRATIVE OFFICES
- SENT GRIEVANCES APPEAL REQUESTS TO LT. OWENS AND
Sgt. PEOPLES - TO REVIEW Sgt. PEOPLES CONTRADICTORY
DECISION ABOUT RETRIEVING TELEPHONE NUMBERS
FROM MY MOBILE PHONE IN PROPERTY ROOM. NEITHER
Sgt. PEOPLES NOR LT. OWENS RESPONDED
INJURY: FAILURE TO COMPLY WITH THE PRISON LITIGATION
REFORM ACT, VIOLATIONS OF ALL ASSOCIATED
CONSTITUTIONAL RIGHTS, MENTAL ANGUISH AND
FINANCIAL HARDSHIP. DEPRIVED MY RIGHTS
TO DEVELOP AN ADEQUATE DEFENSE

OFFICER FISKETTE - 9/18/08 · PRE-TRIAL DETENTION FACILITY
- SENT REQUEST FOR NOTARY SERVICES TO SUBMIT A
CIVIL RIGHTS COMPLAINT BY PRISONERS UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983. ALSO, REQUEST
LEGAL COPIES BE MADE.
INJURY: DENIED ADEQUATE ACCESS TO THE COURTS,
DUE PROCESS, MENTAL ANGUISH AND
FINANCIAL HARDSHIP

OFFICER MATTHEWS AND SERGANT WOLLITZ - 9/19/08
PRE-TRIAL DETENTION FACILITY 5W2
- OFFICER MATTHEWS DENIED TELEPHONE ACCESS
TO DORM 5W2, AS A FORM OF CORPORAL PUNISHMENT,
SEVERAL INMATES, FILED GRIEVANCES INCLUDING MYSELF,
- SERGANT WOLLITZ ANSWERED SELECTIVE GRIEVANCES
AND LISTED EACH INMATES NAME ON (1) PHOTO COPIED
PAGES OF THE JACKSONVILLE SHERIFF'S OFFICE INMATE
ORIENTATION HANDBOOK. THIS WAS A FORM OF
INTIMIDATION, ALSO HE IGNORED MINE.
INJURY: CORPORAL PUNISHMENT, MENTAL ANGUISH,
INTIMIDATION, SYSTEMATIC RESTRAINTS AND
FINANCIAL HARDSHIPS

OFFICER SANDS - 9/19/08 - PRE-TRIAL DETENTION FACILITY 5W2
- MADE VERBAL THREATS, INCLUDING THE USE OF PROFANITY,
THAT HE WOULD WITHHOLD FOOD TRAYS, AS A FORM OF
CORPORAL PUNISHMENT, BECAUSE A COUPLE OF INMATES
WOULD NOT LINE UP.
INJURY: CORPORAL PUNISHMENT, MENTAL ANGUISH,
INTIMIDATION, SYSTEMATIC RESTRAINTS,
AND FINANCIAL HARDSHIPS

OFFICER BAILY, OFFICER SELTER- OFFICER WEATHEREE
9/27/08 - PRE-TRIAL DETENTION FACILITY 5W2
- CONTINUOUSLY EXHIBITED BEHAVIOR UNAPPROPRIATE/
UNETHICAL OF AN CORRECTIONAL OFFICER INCLUDING BUT NOT
LIMITED TO: VERBAL ABUSE AND THREATS, PROFANITY,
CORPORAL PUNISHMENT (EARLY LOCKDOWNS AND ETC.), DENIED
ACCESS TO CLEANING SUPPLIES, THREATS TO DENY RECREATION
FOR ENTIRE DORM IF ONE PERSON TALKED. NUMEROUS
INMATES FILED GRIEVANCES AND REQUESTED AN "COMPLAINT
AGAINST AN EMPLOYEE FORMS."
- 9/28/08 - AN UNKNOWN 1ST SHIFT SERGANT IN RETALIATION
TO THE GRIEVANCE FILED AND REQUEST FOR AN COMPLAINT
AGAINST AN EMPLOYEE FORMS RELOCATED ME TO 4W4.
INJURY: CORPORAL PUNISHMENT, INTIMIDATION, MENTAL
ANGUISH, FINANCIAL HARDSHIP, SYSTEMATIC RESTRAINTS,
AND ETC.

LIETENUANT OWENS AND OFFICER FISKETTE 9/26/08
PRE-TRIAL DETENTION FACILITY
- SENT 3RD REQUEST FOR NOTARY SERVICES AND LEGAL COPIES MADE NO RESPONSE
- SENT REQUEST FOR ADDITIONAL INFORMATION ON NEW CITY OF
JACKSONVILLE AND JACKSONVILLE SHERIFF'S DEPARTMENT OF CORRECTIONS NEW
FEES FOR INMATES. RECEIVED A PHOTO COPY OF ORIGINAL PHOTO COPIED
SHEET ALREADY POSTED.
INJURY: MENTAL ANGUISH, SYSTEMATIC RESTRAINTS, FINANCIAL HARDSHIPS,
FAILURE TO COMPLY WITH GRANDFATHERED LAWS.

UNKNOWN NAME - CORRECTIONAL OFFICER 9/29/08
PRE-TRIAL DETENTION FACILITY 4W4
- FORCED TO LISTEN TO "RAP MUSIC" OVER DETENTION FACILITY
PA SYSTEM. REQUESTED GRIEVANCE FORM DENIED.
INJURY: MENTAL ANGUISH

SERGANT M. L. CLARK AND OFFICER MARTIN 9/29/08
PRE-TRIAL DETENTION FACILITY 4W4
- SERGANT CLARK DENIED MY RIGHT TO EXERCISE MY
RELIGION PROTECTED UNDER THE 1ST AMENDMENT OF THE
UNITED STATES CONSTITUTION. FURTHERMORE, MADE A VERBAL
THREAT OF RETALIATION TO LOCK ME AWAY IN SOLITARY
CONFINEMENT, THEN PROCEED, TO JEOPARDIZE MY SAFETY
AND WELFARE BY ANNOUNCING TO (59) OTHER INMATES
THAT IF THEY FELT THREATEN BY ME AND/OR IF I
WAS INTIMIDATING THEM TO COME TO BIBLE STUDY TO
LET HER KNOW. SHE DID OFFER AN COMPLAINT AGAINST
AN EMPLOYEE FORM, YET I FELT AFRAID FORE MY
PERSONAL SAFETY AND WELFARE AS WELL AS FURTHER
RETALIATION BEFORE I COULD FILE THIS CIVIL
COMPLAINT.
INJURY: MENTAL ANGUISH, RETALIATION, CRUEL AND
UNUSUAL PUNISHMENT, INTIMIDATION AND
FINANCIAL HARDSHIP.

SERGANT ROBINSON 9/30/08 PRE-TRIAL DETENTION FACILITY 4W4
- COMPLETED AND SIGNED CIVIL RIGHTS COMPLAINT FORM'S
AFFIDAVIT CERTIFICATE. I REQUESTED NOTARY SERVICES FOR
LEGAL DOCUMENTS AND SGT. ROBINSON SAID, "HE WOULD
RELAY THE REQUEST TO OFFICER FISKETTE / ANOTHER NOTARY
ON STAFF. AS OF 10-12-08 NO NOTARY SERVICES HAVE
BEEN PROVIDED.
- SGT. ROBINSON ALSO QUESTIONED ME REGARDING (16)
REQUESTS FROM OTHER POTENTIAL PLAINTIFFS, YET DUE TO
THE JACKSONVILLE SHERIFF'S DEPARTMENT OF CORRECTIONS
RETALIATION BY RELOCATING ME. THEY WERE NOT ABLE
TO SIGN OR COMPLETE AFFIDAVIT OF INDIGENCY PROCESS.
BECAUSE IT IS AGAINST POLICY TO WRITE ANOTHER INMATE,
I COULD NOT FORWARD THEM A PACKET.
INJURY: MENTAL ANGUISH, FINANCIAL HARDSHIP, INTIMIDATION

OFFICER MENDEL 10/08 PRE-TRIAL DETENTION FACILITY 4W4
- DENIED ACCESS TO CLEANING SUPPLIES AND/OR SUBJECTED THE
DORM TO CRUEL AND USUAL PUNISHMENT. BECAUSE AN UNKNOWN
SERGANT THREATEN TO LOCK US DOWN FOR THE FILTHY CONDITIONS.
THAT CONDITIONS EVEN AFTER DAILY CLEANINGS ARE FILTHY DUE PRIMARILY
TO LEAKY PIPES, CLOGGED DRAINS AND ETC. REQUESTED A
GRIEVANCE FORM - DENIED.
INJURY: VIOLATIONS OF THE FEDERAL CORRECTIONAL OFFICERS
HEALTH AND SAFETY ACT OF 1998, INTIMIDATION, MENTAL ANGUISH,
AND FINANCIAL HARDSHIPS

1. THE COURT SHOULD AWARD PUNITIVE DAMAGES OF $20,000,000.00 AND $10,000,000.00 FOR PAIN AND SUFFERING DAMAGES.

   A. SHOULD THE COURT INSTITUTE A CLASS ACTION CIVIL LAWSUIT THE AWARD FOR PUNITIVE DAMAGES WILL INCREASE TO $50,000,000.00 AND $40,000,000.00 FOR PAIN AND SUFFERING DAMAGES WILL APPLY.

2. SEIZE CONTROL OF DAILY OPERATIONS OF THE JACKSONVILLE SHERIFF'S OFFICE; PRE-TRIAL DETENTION FACILITY, 500 EAST ADAMS STREET, JACKSONVILLE, FLORIDA 32202; TO EVALUATE, INTERVIEW INMATES AND STAFF REGARDING ANY VIOLATIONS OF FEDERAL, STATE AND MUNICIPAL LAWS PERTAINING TO CORRECTIONS. AS WELL AS DEVELOP AND ESTABLISH A NEW REQUEST AND GRIEVANCE POLICY.

   A. INSTALL LOCK REQUEST/GRIEVANCE BOXES ON EACH FLOOR
   B. DOCUMENT ALL REQUEST/GRIEVANCES IN A SECURE DATABASE INCLUDING RESOLUTIONS: RETURN COPY TO INMATE
   C. ESTABLISH A (5) BUSINESS DAY TIME PERIOD FOR RESPONSES

3. ESTABLISH AN ADMINISTRATIVE-INMATE MEDITATION (AIM) PROGRAM WHICH WILL MEET MONTHLY TO DISCUSS/RESOLVE NON-COMPLAINCE ISSUES REGARDING: INMATE REQUESTS/GRIEVANCES, COMPLAINTS CONCERNING DEPARTMENTAL POLICY, PROCEDURE OR ANY SERVICE OF THE JACKSONVILLE DEPARTMENT OF CORRECTIONS AS WELL AS OVERALL FACILITY CONDITIONS.

4. DISCIPLINARY ACTIONS INCLUDING BUT NOT LIMITED TO:
    1. MANDATORY (2) WEEK SUSPENSIONS WITHOUT PAY
    2. INSTITUTIONAL SKILL TRAINING COURSE NO LESS
        THAN 80 HOURS
        A. WITHOUT REMIBURSEMENT FOR TUTITION